RUTH R. HUTTON, Appellant, *v.* THE METROPOLITAN ELEVATED RAILWAY COMPANY et al., Respondents.

Reported below, 19 App. Div. 243.
(Argued April 16, 1900; decided April 20, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1897, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and granting a new trial.

The motion was made upon the ground that the appeal was not taken within the time and in the manner prescribed by the Code of Civil Procedure.

*Sidney Smith* for motion.

*Charles H. Strong* opposed.

Motion denied, with ten dollars costs, on the authority of *Guarantee Trust & Safe Deposit Company* v. *P., R. & N. E. R. R. Co.* (160 N. Y. 1).